**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHANTHA LEUTHAVONE** | : | |
| | : | |
| **vs.** | : | **CA 97-0556S** |
| | : | |
| **STATE OF RHODE ISLAND** | : | |

**MOTION TO FILE**
**EX PARTE MOTION TO APPOINT EXPERT WITNESS**
**UNDER SEAL**

Now comes the Petitioner and moves to file the petitioner's Ex Parte Motion for Expert Witness under Seal. The reason for this request is that the said Ex Parte Motion for Expert Witness contains information regarding petitioner's personal history and constitutes work product of his attorney.

Respectfully submitted,

Chantha Leuthavone
By His Attorney,

George J. West

George J. West, #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
401-861-9042
401-861-0330 fax

FILED
2005 JUN 20 P 2:11