**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHANTHA LEUTHAVONE** | : | |
| | : | |
| **vs.** | : | **CA 97-0556S** |
| | : | |
| **STATE OF RHODE ISLAND** | : | |

RECEIVED
JUN 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**STATUS REPORT**

Petitioner has pursued expert advice relative to cultural and ethnological and trauma induced impediments the petitioner suffered which had prevented the petitioner from understanding and utilizing his constitutional rights as well as participating with counsel in his own defense. Trial counsel failed to develop and document this important matter; and in doing so, petitioner was denied the assistance of competent counsel guaranteed to him under the Sixth Amendment to the United States Constitution.

Petitioner is pursuing this expert assistance and requests an additional thirty (30) days to file an additional status report.

Respectfully submitted,

Chantha Leuthavone
By His Attorney,

George J. West, #3052
One Financial Plaza, Suite 1500
Providence, RI 02903
401-861-9042
401-861-0330 fax

**CERTIFICATE**

I hereby certify that on this 20 day of June 2005, I forwarded a copy of the within Status Report to Jane M. McSoley, Esq., Assistant Attorney General, Department of Attorney General, 150 South Main Street, Providence, RI 02903.