**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **CHANTHA LEUTHAVONE** | : | |
| | : | |
| **vs.** | : | **CA 97-0556T** |
| | : | |
| **STATE OF RHODE ISLAND** | : | |

**MOTION TO ENLARGE TIME**

Now comes the Petitioner and seeks an additional twenty (20) days to file his Superior Court post conviction action. The reason for this enlargement request is necessitated by delays associated with counsel's recent required move of his office to One Turks Head Place and work on the following matters:

United States District Court for the District of Rhode Island:

1. United States of America v. Angel Huertas, alias, CR. No. 05-107-02S.

2. United States of America v. Pedro Hernandez, CR. No. 06-26ML

3. United States of America v. Christopher J. Garcia, alias, CR. No. 137-05T.

4. United States of America v. Richard Paiva, Jr., CR. No. 06-15S.

Rhode Island Supreme Court Appeals:

1. State of Rhode Island v. Ricardo Ramirez, No. 2003-0027.

2. State of Rhode Island v. Fode Sidibe, No. 04-338 C.A.

3. State of Rhode Island v. Charles Pona, No. 05-95 C.A.

4. State of Rhode Island v. Oliver Lyons, No. 05-203 C.A.

Counsel seeks up to and including May 12, 2006 for filing of his complaint and seeking the relief planned.

Respectfully submitted,

Chantha Leuthavone
By His Attorney,

George J. West, #3052
One Turks Head Place, Suite 312
Providence, RI 02903-2215
401-861-9042
401-861-0330 fax

**CERTIFICATION**

I hereby certify that on the 26th day of April, 2006, I placed a copy of the within document in the U.S. mail, postage prepaid, to Jane M. McSoley, Esq., Department of Attorney General, 150 South Main Street, Providence, RI 02903.